IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANK BRUNAIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-3095-CV-S-JCE |
| | ) | |
| COLLECTCORP CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon Stipulation of Dismissal being filed by the parties in this case, and for good cause appearing, it is hereby

ORDERED that this case be, and it is hereby, dismissed with prejudice and without costs to any party.

    /s/ James C. England
JAMES C. ENGLAND, CHIEF
UNITED STATES MAGISTRATE JUDGE

Date: November 20, 2009